```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 19225
    DUANE ROCKETT
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

           Debtor
    SSN XXX-XX-0912


--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 07/25/2008 and was not confirmed.

     The case was dismissed without confirmation 10/02/2008.
--------------------------------------------------------------------------
CREDITOR NAME            CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
--------------------------------------------------------------------------
LITTON LOAN SERVICING    CURRENT MORTG        .00         .00            .00
LITTON LOAN SERVICING    MORTGAGE ARRE        .00         .00            .00
COOK COUNTY TREASURER    SECURED NOT I        .00         .00            .00
PEOPLES GAS LIGHT & COKE UNSECURED       NOT FILED        .00            .00
TRINITY HOSPITAL         UNSECURED       NOT FILED        .00            .00
CAPITAL ONE              UNSECURED       NOT FILED        .00            .00
COMMONWEALTH EDISON      UNSECURED       NOT FILED        .00            .00
LITTON LOAN SERVICING    MORTGAGE NOTI NOT FILED          .00            .00
DANIEL M MOULTON         DEBTOR ATTY          .00                        .00
TOM VAUGHN               TRUSTEE                                         .00
DEBTOR REFUND            REFUND                                    10,000.00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                 10,000.00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                   10,000.00
                       --------------        --------------
TOTALS                  10,000.00               10,000.00




              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 08 B 19225 DUANE ROCKETT
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 01/27/09 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |